**THIS ORDER IS APPROVED.**

**Dated: January 22, 2009**



/s/ James M. Marlar
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CONNELLY BILLIARD MFG., INC.,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4-08-bk-18189-JMM<br><br>**ORDER AUTHORIZING RETENTION OF ATTORNEYS** |

This matter having come before the Court pursuant to the Application of Debtor for Retention of Attorneys, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor shall be, and hereby is, authorized to retain the law firm of Gibson, Nakamura & Green, P.L.L.C. ("GNG") as attorneys for the Debtor in this chapter 11 case. GNG does not hold or represent any material adverse interest to the Debtor or the estate with respect to the professional services which are to be rendered to and on behalf of the Debtor, and is therefore disinterested within the meaning of 11 U.S.C. § 101(14). The compensation for the services rendered by GNG on behalf of the Debtor from and after the date of the filing of the Debtor's petition

herein shall be determined in accordance with 11 U.S.C. §§ 328, 329, 330 and 331 and Federal Rule of Bankruptcy Procedure 2016.

DATED AND SIGNED ABOVE

CONNELLY BILLIARD\BK\ORDER RETAINING GNG
01/21/09 10:57 AM