**THIS ORDER IS APPROVED.**

**Dated: January 22, 2009**



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 11 |
| CONNELLY BILLIARD MFG., INC., | NO. 4-08-bk-18189-JMM |
| Debtor. | **ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT** |

This matter having come before the Court pursuant to the Application of Debtor for Approval of Employment of Accountant ("Application"), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor shall be, and hereby is, authorized to retain the accounting firm of Keegan, Linscott and Kenon ("KLK") for the purpose of providing basic accounting services for the Debtor, as stated in the Application. KLK does not hold or represent any material adverse interest to the Debtor or the estate with respect to the professional services which are to be rendered to and on behalf of the Debtor, and is therefore disinterested within the meaning of 11 U.S.C. § 101(14). The compensation for all services rendered by KLK on behalf of the Debtor shall be determined and allowed in accordance with 11 U.S.C. §§ 328, 329, 330, and 331 and Federal Rule of Bankruptcy Procedure 2016.

DATED AND SIGNED ABOVE

CONNELLY BILLIARD\BK\ORDER TO RETAIN ACCT
01/21/09 10:50 AM